**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

BRANDON DEAN MORGAN, #1395647     §

VS.                  §             CIVIL ACTION NO. 2:08cv180

DIRECTOR, TDCJ-CID        §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion to proceed *in forma pauperis*. Plaintiff filed objections and paid the filing fee.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to proceed *in forma pauperis* (dkt. #2) is **DENIED**.

     **SIGNED this 22nd day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE