# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRANDON DEAN MORGAN, #1395647 | § | |
| VS. | § | CIVIL ACTION NO. 2:08cv180 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion for a summary judgment because Respondent had not filed a Response.

Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's objections and finds that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's conclusions. The Court therefore

**ORDERS** that Petitioner's motion for a summary judgment (dkt.#21) is **DENIED**.

**SIGNED this 8th day of July, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE